UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER TAYLOR, | Case No. 5:15-cv-02929-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 38)** |
| IDC TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 23, 2015.

IT IS FURTHER ORDERED that the parties participate in mediation. The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 90 days.

---

[1] *See* Docket No. 38.

1

Case No. 5:15-cv-02929-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Expert Designation Deadline | January 29, 2016 |
| Discovery Cut-Off | March 28, 2016 |
| Dispositive Motions Filing Deadline | April 18, 2016 |
| Dispositive Motions Hearing | May 24, 2016 at 10:00 AM |
| Pre-Trial Conference | August 16, 2016 at 10:00 AM |
| Jury Trial | September 6, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: September 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge