UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER TAYLOR,

          Plaintiff,

     v.

IDC TECHNOLOGIES, INC, et al.,

          Defendants.

Case No.  15-cv-02929-DMR

**ORDER GRANTING DEFENDANT FIRST ADVANTAGE LNHS SCREENING SOLUTIONS, INC.'S MOTION TO WITHDRAW DEEMED ADMISSIONS**

Re: Dkt. Nos. 67, 71

On May 27, 2016, Defendant First Advantage LNS Screening Solutions, Inc. filed a motion to withdraw deemed admissions.  [Docket No. 67.]  On June 9, 2016, Plaintiff Christopher Taylor filed a statement of non-opposition.  [Docket No. 71.]  The motion is therefore granted as unopposed.  This case recently was reassigned.  Should further discovery disputes arise, counsel are instructed to follow the undersigned's Standing Order regarding the procedure for resolving discovery disputes.

    **IT IS SO ORDERED.**

Dated: June 13, 2016

_____

Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California