

|  |  |
|---|---|
| | **John G. Albanese** |
| WRITER'S DIRECT DIAL | 612-594-5997 |
| WRITER'S DIRECT FAX | 612-584-4470 |
| WRITER'S DIRECT E-MAIL | jalbanese@bm.net |

October 11, 2016

**VIA ECF**
Magistrate Judge Donna M. Ryu
Oakland Courthouse, Courtroom 4 -3rd Floor
1301 Clay Street
Oakland CA 94612

      RE:    *Taylor v. First Advantage,* **15-cv-2929-DMR**

Your Honor,

I write pursuant to the Court's order (ECF No. 99) requesting that the parties inform the Court as to whether the parties would like a referral for court-sponsored ADR. After conferring regarding the issue, the parties do not request a referral for court-sponsored ADR.

                                                  Sincerely,

                                                  John G. Albanese