NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Phone: (415) 277-7235
Fax: (415) 277-7238

BERGER & MONTAGUE, P.C.
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Phone: (612) 594-5999
Fax: (612) 584-4470

FRANCIS & MAILMAN, P.C.
Mark D. Mailman*
Erin A. Novak*
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Phone: (215) 735-8600
Fax: (215) 940-8000

*admitted *pro hac vice*

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTOPHER TAYLOR,<br><br>Plaintiff,<br>v.<br><br>IDC TECHNOLOGIES, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>Defendants. | Case No.: 4:15-cv-02929-DMR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Donna M. Ryu<br>Courtroom: 4, 3rd Fl |

PLEASE TAKE NOTICE that Plaintiff Christopher Taylor and Defendant First Advantage have reached a settlement of this matter. The parties expect to file a stipulation of dismissal within thirty (30) days of this Notice. The parties request that the

Court vacate the jury trial currently scheduled to commence on January 23, 2017.

Dated: December 21, 2016

Respectfully submitted,

BERGER & MONTAGUE, P.C.

By: /s/John G. Albanese
    John G. Albanese (*pro hac vice*)

ATTORNEY FOR PLAINTIFF